AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUN 29 2015
DAVID J. MALAND, CLERK
BY
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 6:15-MJ-60 |
| | ) |
| NAHIN LOPEZ-SANCHEZ | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 11, 2015__ in the county of __Panola__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1326(a) & (b)(2) | Defendant, an alien, was found unlawfully present in the United States, after having been arrested and removed to Mexico, and had neither applied for nor received the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States since being removed. |

This criminal complaint is based on these facts:

See Affidavit of Aaron Andrews attached hereto

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Aaron Andrews-Immigration Enforcement Agent ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/29/2015

_____
*Judge's signature*

City and state: Tyler, Texas     Honorable John D. Love, U.S. Magistrate Judge
*Printed name and title*